AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-4947-SAC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Emporia State University
was received by me on *(date)* 10/14/2015.

☑ I personally served the summons on the individual at *(place)* Emporia State University (Kevin Johnson, Esq., General Counsel) on *(date)* 10/15/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kansas Attorney General - Derek Schmidt , who is designated by law to accept service of process on behalf of *(name of organization)* Emporia State University on *(date)* 10/19/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/21/2015

*Server's signature*  Angelica Hale

Angelica Hale
*Printed name and title*

P.O. Box 724
Emporia, KS 66801
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kansas Attorney General
Attn: Civil Litigation Division
120 SW 10th Ave., 2nd floor
Topeka, KS 66612

9590 9403 0855 5215 9165 58

2. Article Number (Transfer from service label)

7015 1660 0001 1091 5205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Received
OCT 19 2015
Kansas Attorney General

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt