IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

MELVIN HALE, PH.D,

    *Plaintiff*

v.

EMPORIA STATE UNIVERSITY (ESU),
JACKIE VIETTI, PH.D.,
DAVID CORDLE, PH.D.,
JUDY ANDERSON,
KEVIN JOHNSON,
RAY LAUBER,
MIRAH DOW, PH.D.,
GARY WYATT, PH.D.,

    *Defendants*.

Case No. 15-4947-SAC-KGS

## MOTION TO RE-OPEN

On September 16th, 2016, Plaintiff Melvin Hale filed a Fed.R.Civ.P. 41(a)(2) voluntary motion to dismiss for medical, financial and other reasons. The Court granted plaintiff's motion on September 30th, 2016, stating in its conclusion that: "The court shall grant plaintiff's motion to dismiss this case without prejudice upon the condition that all pleadings, discovery, testimony, orders or rulings, or any other substantive matters from these proceedings, will be binding in any later filed action of the same claims so as not to prejudice either party to this action, with costs to be borne by the party incurring it."

    WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow this case to proceed from the point where it was dismissed. A memorandum in support of plaintiff's motion to appoint counsel is filed concurrently.

DATED:   November 23, 2016                    Respectfully submitted,

*[signature: Melvin Hale]*
_____
Melvin Hale, PhD, Plaintiff  *Pro Se*
P.O. Box 6176
Goodyear, AZ 85338
reefresh@yahoo.com
916-690-7927

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of November, 2016, I electronically filed this **MOTION TO RE-OPEN** with the Court by email, and a notice of electronic filing was sent by agreement via email to Defendant's counsel of record, Anne Gepford Smith at anne.smith@ag.ks.gov.

      */s/ Melvin Hale, Ph.D.*

      Plaintiff *pro se*

3